George Guy OSBORNE, alias Guy Osborne, v. UNITED STATES of America.

No. 1624.

Circuit Court of Appeals, Tenth Circuit.

Oct. 21, 1937.

Everett M. Grantham, U. S. Atty., of Clovis, N. M., for appellee.

**1012**

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.